AUGUSTA LINDEMAN, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 4, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 13, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Matthew Hale* for appellant.

*Eugene Burlingame* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELIZABETH A. JENNESS, as Administratrix, etc., Respondent, *v.* ANDREW J. CONSTANTINE, Survivor, etc., Appellant.

(Argued February 5, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Thomas H. Rodman* for appellant.

*John E. Eustis* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.